1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

SALITO CHILUVANE,

9

Petitioner,

Case No. C19-1069-JLR

10

v.

ORDER OF DISMISSAL

11

ICE FIELD OFFICE DIRECTOR,

12

Respondent.

13

14

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler,

15

United States Magistrate Judge, any objections or responses to that, and the remaining record, the

16

Court finds and ORDERS:

17

(1)    The Court ADOPTS the Report and Recommendation;

18

(2)    The Government's motion to dismiss as moot, Dkt. 9, is GRANTED;

19

(3)    Petitioner's habeas petition is DENIED, and this action is DISMISSED without

20

prejudice; and

21

(4)    The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

22

23

ORDER OF DISMISSAL - 1

1      Dated this __21ˢᵗ__ day of ___February___, 2020.

2

3                                              JAMES L. ROBART
                                               United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER OF DISMISSAL - 2